**JOHN J. GARVEY, III, ESQ. SBN 61231**
**A Professional Corporation**
**Ten Almaden Blvd., Suite 1250**
**San Jose, California 95113-2233**
**Telephone: (408) 293-7777**
**Facsimile: (408) 294-5890**
**Email: jjgarvey-law@pacbell.net**

**Attorney for Plaintiff**
 **SABRINA DOMINGUES**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SABRINA DOMINGUES<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES POSTAL SERVICE OF THE UNITED STATES OF AMERICA<br><br>    Defendant. | **CASE NO C06-00911 PVT**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CONTINUANCE OF INITIAL DISCLOSURES**<br><br>**Date: CMC: June 20, 2006**<br>**Time: 2:00 p.m.**<br>**Courtroom: 5, 4th Floor**<br>**Hon. Patricia Trumbull** |

    IT IS HEREBY AGREED by and between the parties in this matter that the Case Management Conference scheduled for the above-date and time be continued to a date between July 15, 2006 and August 15, 2006 (or to a date otherwise convenient to the Court), due to plaintiff's counsel's unavailability to attend the presently scheduled Case Management Conference. Plaintiff's counsel's attendance is required in a previously set three week binding Kaiser Arbitration hearing scheduled for June 19, 2006, before the Honorable John Flaherty

---

STIPULATION TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE                    PAGE 1

1  (Ret.).

2      IT IS FURTHER AGREED by and between the parties that the last

3  day to complete their initial disclosures will be the new Case

4  Management Conference hearing date to be set by this Court.

5

6  Dated: _____, 2006    _____
                              JOHN J. GARVEY, III
7                             Attorney for Plaintiff

8  Dated: _____, 2006    _____
                              KEVIN V. RYAN
9                             United States Attorney

10

11                      [~~PROPOSED~~] O R D E R

12      PURSUANT TO THE STIPULATION IT IS SO ORDERED that the Case

13  Management Conference in this matter shall be continued to

14  __August 8__, 2006 at _2:00 p.m._;

15      IT IS FURTHER ORDERED that the last day for the parties to

16  complete their initial disclosures shall be continued to

17  _July 18_____, 2006.

18

19  Dated: _June 6_____, 2006    *Patricia V. Trumbull*
                                     _____
20                                   HONORABLE PATRICIA V. TRUMBULL
                                     JUDGE OF THE UNITED STATES DISTRICT
21                                   COURT IN AND FOR THE NORTHERN
                                     DISTRICT OF CALIFORNIA

22

23

24

25

26

27

28

---