KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113-3081
   Telephone: 408-535-5082
   Facsimile:  408-535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SABRINA DOMINGUES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE OF ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | C06-00911 PVT <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE FOR MEDIATION** |

     This case has been referred to the Court's mediation program.  The current deadline for mediation is November 6, 2006.  Both parties have propounded written discovery.  After that initial round of discovery is complete, defendant intends to file a motion for summary judgment.  Due to the substantial damages in this case and defendant's belief that there is a significant question regarding liability, the parties agree that mediation is not likely to be successful until after defendant's motion can be heard.

//

//

//

//

No. C-06-00911 PVT
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE          Page 1

1  Accordingly, the parties hereby STIPULATE AND REQUEST that the Court extend the
2  deadline for mediation of this case by 60 days to January 5, 2007.

Respectfully submitted,

DATED: August 24, 2006                    /s/
                                          JOHN J. GARVEY, III, ESQ.
                                          Attorney for Plaintiff


                                          KEVIN V. RYAN
                                          United States Attorney


DATED: August 25, 2006                    /s/
                                          CLAIRE T. CORMIER
                                          Assistant United States Attorney


### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.


Dated: September 8, 2006                  /s/ Patricia V. Trumbull
                                          PATRICIA V. TRUMBULL
                                          United States Magistrate Judge



Of Counsel for Defendant:
Joseph R. Doyle
United States Postal Service
National Tort Center
PO Box 66640
St. Louis, Missouri 63166-6640
Tel:   (314) 872-5154
Fax:   202-406-4623

No. C-06-00911 PVT
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE          Page 2