1  **JOHN J. GARVEY, III, ESQ. SBN 61231**
   A Professional Corporation
2  Ten Almaden Blvd., Suite 1250
   San Jose, California 95113-2233
3  Telephone: (408) 293-7777
   Facsimile: (408) 294-5890
4  Email: jjgarvey-law@pacbell.net

5  **Attorney for Plaintiff**
   SABRINA DOMINGUES
6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11

12  SABRINA DOMINGUES                  **CASE NO C06-00911 PVT**

13        Plaintiff                    **STIPULATION AND [PROPOSED]**
                                       **ORDER CONTINUING DEADLINE TO**
14  v.                                 **JOIN ADDITIONAL PARTIES OR**
                                       **OTHER AMENDMENTS TO THE**
15  UNITED STATES POSTAL SERVICE       **PLEADINGS**
    OF THE UNITED STATES OF
16  AMERICA                            **Hon. Patricia Trumbull**

17        Defendant.

18

19       WHEREAS the parties have agreed to extend the time for defendant

20  to respond to plaintiff's written discovery from September 19, 2006

21  to October 10, 2006; and

22       WHEREAS the depositions of certain defendant employees and

23  person most knowledgeable are presently set for October 19, 2006; and

24       WHEREAS the time for plaintiff to join any additional parties,

25  or other amendments to the pleadings, is set for October 6, 2006, and

26  further

27       WHEREAS it is possible that defendant may disclose in their

28  discovery responses additional parties that plaintiff may wish to

STIPULATION TO EXTEND JOINDER OF ADDITIONAL PARTIES                    PAGE 1
                                                                \Stip Parties.wpd

1  join in the lawsuit.

2      IT IS HEREBY AGREED by and between the parties in this matter,

3  through their respective counsel, that the deadline for the joinder

4  of any additional parties, or other amendments to the pleadings,

5  shall be extended up to and including November 2, 2006.

6

7  Dated:  Oct 5 , 2006

8                                    JOHN J. GARVEY, III
                                     Attorney for Plaintiff

9

10                                   KEVIN V. RYAN
                                     United States Attorney

11

12  Dated:  Oct. 5 , 2006

13                                   CLAIRE T. CORMIER
                                     Assistant United States Attorney

14

15                           [PROPOSED] O R D E R

16      PURSUANT TO THE STIPULATION IT IS SO ORDERED that deadline for

17  the joinder of any additional parties, or other amendments to the

18  pleadings, shall be extended up to and including November 2, 2006,.

19

20  Dated:  October 6 , 2006

21                                   HONORABLE PATRICIA V. TRUMBULL
                                     JUDGE OF THE UNITED STATES DISTRICT

22                                   COURT  IN  AND  FOR  THE  NORTHERN
                                     DISTRICT OF CALIFORNIA

23

24

25

26

27

28

STIPULATION TO EXTEND JOINDER OF ADDITIONAL PARTIES                    PAGE 2
                                                                  \Stip Parties.wpd

TOTAL P.03