JOHN J. GARVEY, III, ESQ. SBN 61231
A Professional Corporation
Ten Almaden Blvd., Suite 1250
San Jose, California 95113-2233
Telephone: (408) 293-7777
Facsimile: (408) 294-5890
Email: jjgarvey-law@pacbell.net

Attorney for Plaintiff
SABRINA DOMINGUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRINA DOMINGUES<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES POSTAL SERVICE OF THE UNITED STATES OF AMERICA<br><br>    Defendant. | CASE NO C06-00911 PVT<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO PROPOUND WRITTEN DISCOVERY<br><br>Hon. Patricia Trumbull |

WHEREAS the parties have agreed to extend the time for defendant to provide further responses to plaintiff's written discovery;

WHEREAS the depositions of certain defendant employees and person most knowledgeable set for October 19, 2006, were taken off calendar and are to be re-set pending defendant's further discovery responses;

WHEREAS it is possible that defendant may disclose in their discovery responses additional persons that plaintiff may wish to depose and/or raise further issues requiring additional written discovery;

1  IT IS HEREBY AGREED by and between the parties in this matter,
2  through their respective counsel, as follows:
3      1.  That the deadline for propounding written discovery is
4  extended from October 27, 2006 to December 1, 2006;
5      2.  That the factual discovery cut-off on liability is extended
6  from December 1, 2006 to January 5, 2007; and
7      3.  That Mr. Petry, defendant's "person most knowledgeable,"
8  will be produced for deposition on or before November 21, 2006.

10 Dated: Oct 27, 2006
                                    JOHN J. GARVEY III
11                                  Attorney for Plaintiff

13                                  KEVIN V. RYAN
                                    United States Attorney

15 Dated: Oct. 27, 2006
                                    CLAIRE T. CORMIER
                                    Assistant United States Attorney

17                    [PROPOSED] O R D E R
18  PURSUANT TO THE STIPULATION IT IS SO ORDERED:
19      1.  That the deadline for propounding written discovery is
20  extended from October 27, 2006 to December 1, 2006;
21      2.  That the factual discovery cut-off on liability is extended
22  from December 1, 2006 to January 5, 2007; and
23      3.  That Mr. Petry, defendant's "person most knowledgeable,"
24  will be produced for deposition on or before November 21, 2006.

26 Dated: November 1, 2006
                                    HONORABLE PATRICIA V. TRUMBULL
27                                  JUDGE OF THE UNITED STATES DISTRICT
                                    COURT IN AND FOR THE NORTHERN
28                                  DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND LAST TO PROPOUND WRITTEN DISCOVERY                PAGE 2
                                                                  \Stip.Disc.wpd

TOTAL P.03