KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113-3081
Telephone: 408-535-5082
Facsimile: 408-535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRINA DOMINGUES, | C06-00911 PVT |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TRIAL AND PRETRIAL DATES AND DEADLINES |
| v. | |
| UNITED STATES POSTAL SERVICE OF THE UNITED STATES OF AMERICA, | |
| Defendant. | |

This case is currently scheduled for trial on liability only beginning June 18, 2007. The current deadline for factual discovery is January 5, 2007. Both parties have conducted discovery. Plaintiff's discovery directed to the defendant has led to additional subjects of discovery and additional likely deponents. Accordingly, while plaintiff's counsel has been diligent in pursuing discovery, discovery is not yet complete. Because plaintiff is continuing with discovery, defendant has not yet filed a dispositive motion, which defendant plans to file shortly after plaintiff completes factual discovery.

In addition, this case has been referred to the Court's mediation program. The current deadline for mediation, which has already been extended once, is January 5, 2007. Due to the substantial damages in this case and defendant's belief that there is a significant question regarding liability, the parties agree that mediation is not likely to be successful until after defendant's motion can be heard.

Therefore, the parties, through their counsel of record, hereby STIPULATE AND REQUEST that the Court make the following changes to the trial and pretrial schedule for this case in order to allow for the reasonable completion of discovery and motions prior to mediation and, if necessary, trial.[1]

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Fact Discovery Cutoff | January 5, 2007 | March 2, 2007 |
| Deadline for Mediation | January 5, 2007 | July 13, 2007 |
| Plaintiff's Expert Disclosure | January 12, 2007 | March 9, 2007 |
| Defendant's Expert Disclosure | February 2, 2007 | March 30, 2007 |
| Rebuttal Expert Disclosure | February 23, 2007 | April 20, 2007 |
| Expert Discovery Cutoff | March 16, 2007 | May 11, 2007 |
| Motions Hearing Deadline | May 1, 2007 | June 16, 2007 |
| Final Pretrial Conference | June 12, 2007 | July 31, 2007 |
| Bench Trial | June 18, 2007 | August 6, 2007 |

If the proposed dates are inconvenient for the Court, the parties alternatively request that the current scheduling order be vacated and a case management conference be ordered at which time a new schedule can be determined.

Respectfully submitted,

DATED: December 18, 2006

　　　　　　　　/s/
JOHN J. GARVEY, III, ESQ.
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

DATED: December 18, 2006

　　　　　　　　/s/
CLAIRE T. CORMIER
Assistant United States Attorney

---

[1] In addition, the proposed schedule accommodates pre-existing trial obligations of counsel.

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the trial and pretrial schedule shall be modified as requested above.

Dated: 12/22/06

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

Of Counsel for Defendant:
Joseph R. Doyle
United States Postal Service
National Tort Center
PO Box 66640
St. Louis, Missouri 63166-6640
Tel:   (314) 872-5154
Fax:   202-406-4623