JOHN J. GARVEY, III, ESQ. SBN 61231
A Professional Corporation
Ten Almaden Blvd., Suite 1250
San Jose, California 95113-2233
Telephone: (408) 293-7777
Facsimile: (408) 294-5890
Email: jjgarvey-law@pacbell.net

Attorney for Plaintiff
 SABRINA DOMINGUES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SABRINA DOMINGUES | CASE NO C06-00911 PVT |
|     Plaintiff | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO DISCLOSE EXPERTS |
| v. | |
| UNITED STATES POSTAL SERVICE OF THE UNITED STATES OF AMERICA | Hon. Patricia Trumbull |
|     Defendant. | |

WHEREAS due to plaintiff's attorney, John J. Garvey, III, upcoming surgery the parties have agreed to extend the time for expert witness disclosure.

IT IS HEREBY AGREED by and between the parties in this matter, through their respective counsel, that the last day for plaintiff expert disclosure is continued from March 9, 2007 to March 23, 2007 and defendant's expert disclosure is continued from March 30, 2007 to April 13, 2007.

Dated: February 27, 2007 _____/S/_____
JOHN J. GARVEY, III
Attorney for Plaintiff

STIPULATION TO EXTEND DATE FOR EXPERT DISCLOSURES          PAGE 1
\Stip.Experts.wpd

1

2

SCOTT N. SCHOOLS
United States Attorney

3

4

Dated: February 28, 2007          _____/S/_____
                                   CLAIRE T. CORMIER
                                   Assistant United States Attorney

5

6

7

[PROPOSED] O R D E R

8

     PURSUANT TO THE STIPULATION IT IS SO ORDERED that the last day

9

for plaintiff to disclose experts is continued to March 23, 2007 and

10

defendant's expert disclosure is continued to April 13, 2007.

11

12

Dated: ___March 2___, 2007

13

HONORABLE PATRICIA V. TRUMBULL
JUDGE OF THE UNITED STATES DISTRICT
COURT IN AND FOR THE NORTHERN
DISTRICT OF CALIFORNIA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28