```
 1  SCOTT N. SCHOOLS (SC SBN 9990)
    United States Attorney
 2  JOANN M. SWANSON (CA SBN 88143)
    Chief, Civil Division
 3  CLAIRE T. CORMIER (CA SBN 154364)
    Assistant United States Attorney
 4
        150 Almaden Blvd., Suite 900
 5      San Jose, California 95113-3081
        Telephone: 408-535-5082
 6      Facsimile:  408-535-5081
        Claire.Cormier@usdoj.gov
 7
    Attorneys for Federal Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SABRINA DOMINGUES, ) | C06-00911 PVT |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | EXTENDING EXPERT DEADLINES |
| ) | |
| UNITED STATES POSTAL SERVICE OF ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This case is currently scheduled for trial on liability only beginning August 6, 2007. The current deadline for defendant's expert disclosures is April 13, 2007, with rebuttal disclosures due on April 20, and expert discovery closing on May 11, 2007. The deadlines for plaintiff's and defendant's expert disclosures were previously extended on plaintiff's request. Defendant's counsel has advised plaintiff's counsel that she is scheduled to be on vacation the week of April 9 through 13. Accordingly, defendant has requested and plaintiff has agreed to the following modifications to the current schedule for this case.

//

//

//

No. C-06-00911 PVT
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES                                     Page 1

| Event | Current Date | Proposed Date |
|---|---|---|
| Defendant's Expert Disclosure | April 13, 2007 | April 18, 2007 |
| Rebuttal Expert Disclosure | April 20, 2007 | May 2, 2007 |
| Expert Discovery Cutoff | May 11, 2007 | May 22, 2007 |

The parties do not request any other changes to the trial or pretrial schedule at this time.

Respectfully submitted,

DATED: March 27, 2007                    /s/
                                         JOHN J. GARVEY, III, ESQ.
                                         Attorney for Plaintiff


                                         SCOTT N. SCHOOLS
                                         United States Attorney

DATED: March 28, 2007                    /s/
                                         CLAIRE T. CORMIER
                                         Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the pretrial schedule shall be modified as requested above.

Dated: _April 2, 2007_                   _/s/ Patricia V. Trumbull_
                                         PATRICIA V. TRUMBULL
                                         United States Magistrate Judge


Of Counsel for Defendant:
Joseph R. Doyle
United States Postal Service
National Tort Center
PO Box 66640
St. Louis, Missouri 63166-6640
Tel:   (314) 872-5154
Fax:   202-406-4623